UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CASHMERE AND CAMEL HAIR, MANUFACTURERS INSTITUTE, <br><br> Plaintiff <br><br> v. <br><br> AMAZON.COM, INC. and CS ACCESSORIES, LLC, <br><br> Defendants | C.A. No. 1:21-cv-11872-WGY |

**AMAZON.COM, INC.'S REPLY MEMORANDUM IN SUPPORT OF
ITS EMERGENCY MOTION TO CONTINUE DECEMBER 7 TRIAL DATE**

  Amazon respectfully submits this brief rely in support of its motion to continue the December 7 trial date to January 2022. CCMI's opposition highlights a core issue with how this case has been framed and why it should not rush to trial or judgment. Mr. Shimizu's new affidavit simply identifies a cashmere scarf available for purchase on Amazon's Japan website. There is no indication that scarf is made or sold by any of the sellers CCMI previously identified, so it is in no way inconsistent with Amazon's commitments and representations to this Court. There is also no evidence that the scarf is not, in fact, cashmere. It might be entirely authentic. Nevertheless, Amazon will remove the product and investigate it.

  These are not trivial issues, and not issues that should be resolved on the merits, at trial, on six-days' notice. Contrary to CCMI's argument, Amazon did not "agree" to the December 7 trial date. The Court set that date and asked Amazon if it waived a jury trial, which it did. To be clear, Amazon does not agree or consent to the December 7 date, and expressly requests that it be continued to January to allow a more complete and fair consideration of these critical issues.

Also to be clear, Amazon (including Mr. Buckley) will be present and prepared for trial on December 7.  The point is that there is no reason to rush to judgment when Amazon has promptly responded to each of CCMI's specific complaints and removed the accused products.  As the First Circuit recognized in *Associated Dry Goods*, that removes the exigency.  There is no "emergency" here, and this case deserves a full and fair hearing with time for the parties to prepare properly.  CCMI had years to prepare its case; allowing Amazon a few extra weeks is reasonable and consistent with due process.

    Amazon thanks the Court for its continuing attention to these important issues.

Dated:  December 3, 2021      AMAZON.COM, INC.
By its attorneys,

*/s/ Brian D. Buckley*
Brian D. Buckley (*pro hac vice*, WA Bar No. 26423)
bbuckley@fenwick.com
Fenwick & West LLP
1191 Second Avenue – 10th Floor
Seattle, WA 98101
Tel: (206) 389-4510

Jedediah Wakefield (*pro hac vice*, CA Bar No. 178058)
jwakefield@fenwick.com
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 875-2300

*/s/ Kenneth R. Berman*
Kenneth R. Berman (BBO # 040320)
kberman@nutter.com
Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA  02210-2604
Tel: (617) 439-2000

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 3, 2021   /s/ Kenneth R. Berman

5382239.1