UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CASHMERE AND CAMEL HAIR MANUFACTURERS INSTITUTE, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 1:21-cv-11872-WGY |
| AMAZON.COM, INC. and CS ACCESSORIES, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## AGREEMENT FOR JUDGMENT

NOW COME plaintiff, the Cashmere and Camel Hair Manufacturers Institute ("CCMI") and defendant, CS Accessories, LLC ("CSA"), to respectfully request that the Court enter a final judgment against CSA, in the form attached hereto as Exhibit A, as follows:

1. CSA and its members, owners, successors, officers, agents, servants, employees, successors and subsidiaries, including Johnny Freyre, are hereby PERMANENTLY ENJOINED from the engaging in, conducting and/or participating in the following activities:

   a. advertising or selling, or participating in the advertisement or sale of, garments that are made of synthetic material (such as acrylic) as, or representing them to be, "Cashmere," "100% Cashmere," or "Cashmere Made in Scotland";

   b. advertising or selling, or participating in the advertisement or sale of, any garments that are not made of Cashmere as, or representing them to be, "Cashmere," "100% Cashmere," or "Cashmere Made in Scotland";

c. selling, offering for sale, or accepting or fulfilling orders for, garments made from synthetic material (such as acrylic) that have already been advertised as, represented to be, or labeled as "Cashmere," "100% Cashmere," or "Cashmere Made in Scotland," unless and until their textile fiber content is properly and truthfully represented, advertised and labeled;

d. selling, offering for sale, or accepting or fulfilling orders for, garments not made of Cashmere that have already been represented to be, or have already been advertised or labeled as, "Cashmere," "100% Cashmere," or "Cashmere Made in Scotland"; and/or

e. selling, offering for sale, or accepting or fulfilling orders for, garments advertised or labeled as Cashmere that are not made of Cashmere, including BUT NOT LIMITED TO garments advertised or labeled as "Cashmere" that are actually made of synthetic acrylic, rayon, or polyester, including BUT NOT LIMITED TO such garments that have glued-on cloth labels affixed to them which bear the U.K. national flag, the "Union Jack," the words "100% Cashmere" in italics and underlined, the words "Made in Scotland" underneath that in plain arial-like typeface, and the words "DRY CLEAN OR HAND WASH COLD" or "DRY CLEAN OR HANDWASH COLD" in smaller print all-caps lettering under that, with an overall appearance as follows:









or as follows, using the same symbol and wording printed against a darker background:





and including BUT NOT LIMITED TO any such garments using any other different symbol and wording such as the below:



or as follows, using a different symbol and wording such as the below:



or any other symbol or label or representation falsely designating or representing the garment as "Cashmere" when it is not,.or any other symbol or label or representation falsely designating or representing the garment as "Cashmere" when it is not, or overstating the amount or percentage of Cashmere in a garment.

2. This Agreement for Judgment shall not in any way limit, restrict, or release the rights of CCMI to prosecute its claims in this action against Amazon.com, Inc.

3. With the approval of the Court, Final Judgment, without costs, and an Order For Permanent Injunction, shall enter against CSA forthwith upon filing of this Agreement for Judgment.

4. The court shall retain jurisdiction to enforce the terms of the Final Judgment and Permanent Injunction attached hereto as Exhibit A

|  |  |
|---|---|
|  | Respectfully submitted, |
| CASHMERE AND CAMEL HAIR MANUFACTURERS INSTITUTE, | CS ACCESSORIES, LLC, |
| By its attorney, | By its attorney, |
| */s/Robert J. Kaler* | */s/Timothy N. Scofield* |
| Robert J. Kaler (BBO No. 542040) | Timothy N. Schofield (BBO No. 645179) |
| HOLLAND & KNIGHT LLP | SCHOFIELD LAW GROUP, LLC |
| 10 St. James Avenue | 20 Park Plaza, Suite 1115 |
| Boston, MA 02116 | Boston, Massachusetts 02116 |
| Tel: 617-854-1443 | Tel: 617-557-4545 |
| Email: Robert.kaler@hklaw.com | Email: tim@schofieldlg.com |

## CERTIFICATE OF SERVICE

I certify that this document, filed through the ECF system, will be sent electronically on this 4th day of December 2021 to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a copy will be mailed to parties or their counsel who have not appeared on the ECF system.

/s/Robert J. Kaler
Robert J. Kaler