UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASHMERE AND CAMEL HAIR, MANUFACTURERS INSTITUTE, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. and, CS ACCESSORIES, LLC, <br><br> Defendants. | C.A. No. 1:21-cv-11872-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cashmere and Camel Hair Manufacturers Institute and Defendant Amazon.com, Inc. hereby stipulate to the dismissal with prejudice of all claims in this action against Amazon.com, Inc., with each party to bear its own fees and costs.

Dated: December 6, 2021

Respectfully submitted,

| CASHMERE AND CAMEL HAIR MANUFACTURERS INSTITUTE | AMAZON.COM, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| _/s/ Robert J. Kaler_ <br> Robert J. Kaler, Esq. <br> BBO No. 542040 <br> HOLLAND & KNIGHT LLP <br> 10 St. James Avenue <br> Boston, MA 02116 <br> Tel: (617) 854-1443 <br> robert.kaler@hklaw.com <br><br> *Counsel for Plaintiff* <br> *CASHMERE AND CAMEL HAIR MANUFACTURERS INSTITUTE* | _/s/ Brian D. Buckley_ <br> Brian D. Buckley <br> *Pro hac vice*, WA Bar No. 26423 <br> FENWICK & WEST LLP <br> 1191 Second Avenue, 10th Floor <br> Seattle, WA 98101 <br> Tel: (206) 389-4510 <br> bbuckley@fenwick.com |

        */s/ Jedediah Wakefield*
        Jedediah Wakefield
        *Pro hac vice*, CA Bar No. 178058
        FENWICK & WEST LLP
        555 California Street
        San Francisco, CA 94104
        Tel: (415) 875-2300
        jwakefield@fenwick.com

        */s/ Kenneth R. Berman*
        Kenneth R. Berman
        BBO No. 040320
        NUTTER, MCCLENNEN & FISH, LLP
        155 Seaport Boulevard
        Boston, MA 02210-2604
        Tel: (617) 439-2000
        kberman@nutter.com

        *Counsel for Defendant*
        *AMAZON.COM, INC.*

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 6, 2021          */s/ Kenneth R. Berman*